COM.

v.

**WILLIAMS, R.**

**3144 EDA 2015**

Superior Court of Pennsylvania.

05/24/2017

CP–51–CR–0010480–2014 (Philadelphia)

Affirmed

**FAUST, M.**

v.

**BAYERISCHE MOTOREN WERKE AG**

**3468 EDA 2015**

Superior Court of Pennsylvania.

05/24/2017

November Term, 2014, No. 000656 (Philadelphia)

Affirmed

COM.

v.

**BASON, D.**

**3718 EDA 2015**

Superior Court of Pennsylvania.

05/24/2017

CP–51–CR–0006947–2010 (Philadelphia)

Affirmed

COM.

v.

**SOLTANI, T.**

**3739 EDA 2015**

Superior Court of Pennsylvania.

05/24/2017

CP–51–CR–0001970–2015 (Philadelphia)

Affirmed

COM.

v.

**MORRISON, K.**

**615 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–46–CR–0006953–2014 (Montgomery)

Affirmed